**Fill in this information to identify the case:**

Debtor 1  Ricardo Montoya

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN District of TEXAS
(State)

Case number  16-30820

Form 4100R

# Response to Notice of Final Cure Payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust N.A., as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 4 1 8 6

**Property address:** 4543 Bowie Lane
Number     Street

Grand Prairie    TX    75052
City             State  ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  05 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:          + (b) $ _____

c. **Total**. Add lines a and b.                                              (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
MM / DD / YYYY

Debtor 1   **Ricardo**           **Montoya**          Case number (*if known*) **16-30820**
           First Name    Middle Name    Last Name

| Part 4: | Itemized Payment History |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❏ I am the creditor.
◼ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Raymond Valderrama**                    Date  04 / 22 / 2020
   Signature

Print   **Raymond**           **Valderrama**       Title  **AVP Bankruptcy**
     First Name    Middle Name    Last Name

Company   **BSI Financial Services**

If different from the notice address listed on the proof of claim to which this response applies:

Address  **7505 Irvine Center Drive**
     Number    Street

**Irvine**                **CA**    **92618**
City                State    ZIP Code

Contact phone  ( **949** ) **201** – **4287**            Email _____

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the Response to Notice of Final Cure was served on April 24, 2020. The Response was filed electronically.  Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Ricardo Montoya
4543 Bowie Lane
Grand Prarie, TX 75052

CO-DEBTOR
Maria S. Montoya (Pro-forma)
4543 Bowie Lane
Grand Prarie, TX 75052

DEBTORS' ATTORNEY
Truman E. Coe, Jr.
2720 N. Stemmons Frwy.
 Suite 1202, South Tower
Dallas, TX75207

TRUSTEE
Thomas Powers
105 Decker Court, Ste 1150
Irving, TX 75062

U.S. TRUSTEE
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

CREDITOR ATTORNEY
<u></u>

| | | |
|---|---|---|
| Abbey U. Dreher<br>Barrett Daffin Frappier Turner & Engel<br>4004 Beltline Road, Suite 100<br>Addison, TX 75001-4320<br>972-341-0904<br>972-341-0502 (fax)<br>ndecf@BDFGROUP.com<br>  *Assigned: 06/20/2016* | representing | Wells Fargo Bank, N.A.<br>c/o BDFTE, LLP<br>4004 Belt Line Rd Suite 100<br>Addison, TX 75001<br>*(Creditor)* |
| Gordon Green<br>Aldridge Pite, LLP<br>4375 Jutland Drive<br>San Diego, CA 92117<br>(972) 499-8068<br>(858) 412-2683 (fax)<br>ecftxnb@aldridgepite.com<br>  *Assigned: 04/07/2017* | representing | PROF-2013-S3 Legal Title Trust IV, By U.S. Bank National Association, As Legal Title Trustee C/O Fay Servicing, LLC<br>*(Creditor)* |
| Sherrel K. Knighton<br>Linebarger, Goggan, Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>(214)880-0089<br>469-221-5003 (fax)<br>Sherrel.Knighton@lgbs.com<br>  *Assigned: 03/28/2016* | representing | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K Knighton<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>214-880-0089<br>469-221-5003 (fax)<br>dallas.bankruptcy@lgbs.com<br>*(Creditor)* |
| Dana Overstreet<br>Conns Appliances, Inc.<br>3295 College Street<br>Beaumont, TX 77701<br>(409) 832-1696<br>(409) 835-1868 (fax)<br>dana.overstreet@conns.com<br>  *Assigned: 05/10/2016* | representing | CONN APPLIANCES, INC . AS ATTORNEY-IN-FACT AND SERVICER-IN-FACT FOR CONN CREDIT I, LP and-or CONNS RECEIVABLES FUNDING I, LP<br>P.O. BOX 2358<br>BEAUMONT, TX 77704<br>*(Creditor)* |

      /s/ Richard Anderson
      RICHARD E. ANDERSON